# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

UNITED STATES OF AMERICA            :

vs.                                 : CRIMINAL NO.: 23-00214-CG-MU

JEREMY KINSEY                       :

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The Defendant, Jeremy Kinsey, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Counts One, Two, Three, Six, Eight and Thirteen** of the Indictment charging violations of Title 18 U.S.C. § 2251(a) and 2, Sexual Exploitation of Children (Production of Child Pornography); and Title 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea to each count was knowledgeable and voluntary, and the offenses charged are supported by an independent basis in fact as to each of the essential elements of such offense. The Court therefore recommends that the plea of guilty to each count be accepted and that Defendant Jeremy Kinsey be adjudged guilty and have sentence imposed accordingly.

The United States moved for Defendant Kinsey's mandatory detention, but the Court denied that motion with leave to refile because the Defendant has not yet been fully adjudicated guilty. Defendant will remain on conditions until the District Judge adjudicates Kinsey guilty and addresses the release issue then. Counsel for Defendant indicated she seeks to enroll Defendant in an in-patient program pending sentencing.

DONE and ORDERED this 25th day of January, 2024.

                                s/P. BRADLEY MURRAY
                              UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.