# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA            :

vs.                                 :   CRIMINAL NO.: 23-00214-CG-MU

JEREMY KINSEY                       :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge entered on January 25, 2024 (Doc. 39) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Counts One, Two, Three, Six, Eight and Thirteen of the Indictment, Title 18 U.S.C. § 2251(a) and 2, Sexual Exploitation of Children (Production of Child Pornography); and Title 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography, is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **June 26, 2024, at 9:30 a.m., Courtroom 3B,** United States Courthouse, Mobile, Alabama.

**DONE and ORDERED** this the 9th day of January, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE